No JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOHN E. MIKELL,<br><br>         Plaintiff,<br><br>vs.<br><br>BAXTER HEALTHCARE CORPORATION, a corporation, CEDARS SINAI MEDICAL CENTER, a California corporation; and DOES 1-50,<br><br>         Defendants. | CASE NO.: 2:13-cv-07611-MMM-PJW<br><br>Complaint Filed: August 22, 2013<br>Trial Date: November 18, 2014<br><br>JUDGMENT IN FAVOR OF DEFENDANT CEDARS-SINAI MEDICAL CENTER |

The Parties hereto having stipulated that judgment shall be entered in favor of Defendant CEDARS-SINAI MEDICAL CENTER and the Court having ordered that judgment be entered pursuant to said stipulation and that said judgment be entered pursuant to Federal Rule of Civil Procedure 54(b) as a final judgment, now, therefore,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff, JOHN E. MIKELL, take nothing on his complaint as to Defendant CEDARS-SINAI

///

///

-1-
**JUDGMENT IN FAVOR OF DEFENDANT CEDARS-SINAI MEDICAL CENTER**

1 MEDICAL CENTER and that this action be dismissed as to Defendant CEDARS-
2 SINAI MEDICAL CENTER.

4 Dated:  January 29, 2014    _____
5                               Honorable Margaret M. Morrow
                              United States District Judge

7 Submitted by and Approved as to Form:

8 RYAN LAW, A Professional Law Corporation

By: /s/ Andrew T. Ryan
      Andrew T. Ryan
Attorneys for Plaintiff,
JOHN E. MIKELL

MORRIS, POLICH & PURDY LLP

By: /s/ Matthew L. Marshall
      Matthew L. Marshall
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
      J. Carter Thompson
Attorneys for Defendant
BAXTER HEALTHCARE CORPORATION

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Mike Martinez
      Mike Martinez
Attorneys for Defendant
CEDARS SINAI MEDICAL CENTER

**JUDGMENT IN FAVOR OF DEFENDANT CEDARS-SINAI MEDICAL CENTER**